**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| CHRISTINA SILVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-04003-SLD-JEH |
| | ) | |
| MAXIM HEALTHCARE STAFFING SERVICES | ) | Jury Trial Demanded |
| INC, and MABLEY FAMILY ASSOCIATION, | ) | |
| INC. d/b/a JACK MABLEY DEVELOPMENT | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS CLAIMS AGAINST MAXIM HEALTHCARE STAFFING**
**SERVICES, INC. TO PROCEED TO ARBITRATION**

Plaintiff Christina Silvera and Defendant Amergis Healthcare Staffing, Inc.[1] ("Amergis"), by and through their attorneys, hereby stipulate to the dismissal of Plaintiff's claims against Amergis in the above-captioned lawsuit without prejudice to permit the parties to proceed to arbitration.

Dated this 9th day of May, 2024.

---

[1] As of April 8, 2024, Maxim Healthcare Staffing Services, Inc. changed its name to Amergis Healthcare Staffing, Inc. Therefore, this Stipulation refers to Defendant as Amergis Healthcare Staffing, Inc.

1

Respectfully submitted,


/s/Mohammed O. Badwan
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste 200
Lombard, IL 60148
Telephone:  630.575.8180
mbadwan@sulaimanlaw.com

*Attorney for Plaintiff Christina Silvera*


/s/Jennifer L. Ralph
Jennifer L. Ralph #6327471
Husch Blackwell LLP
120 South Riverside Plaza, Ste 2200
Chicago, IL 60606
Telephone:  312.665.1500
Facsimile:  312.665.1501
Jennifer.ralph@huschblackwell.com

*Attorney for Defendant Amergis Healthcare Staffing, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was filed this 9th day of May 2024 by operation of the Court's electronic filing system, which will effectuate service on all counsel of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan